IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02286-PAB-SKC

ZVELO, INC.,

    Plaintiff,

v.

CHECK POINT SOFTWARE TECHNOLOGIES, LTD.,

    Defendant.

_____

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT**
_____

THE COURT, having reviewed Plaintiff zvelo, Inc.'s Motion for Extension of Time to Serve Defendants (the "Motion"), and being fully advised in the premises, hereby ORDERS that the Motion is GRANTED. Plaintiff shall have up to and including March 4, 2019, to effectuate service of process on Defendant.

Dated this 30th day of November, 2018.

BY THE COURT:

_____
S. Kato Crews
United States Magistrate Judge

1