IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-02286-PAB-SKC

ZVELO, INC.,

       Plaintiff,

v.

CHECK POINT SOFTWARE TECHNOLOGIES, LTD.,

       Defendant.

## UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Pursuant to D.C.Colo.LAttyR 5, Defendant Check Point Software Technologies, Ltd. ("Check Point"), hereby requests this Court enter an Order allowing Orrick, Herrington & Sutcliffe LLP to withdraw as its counsel of record and substitute DLA Piper LLP (US) as its new counsel of record. In support thereof, Check Point states the following:

### CERTIFICATION OF CONFERRAL

Pursuant to D.C.COLO.LCivR 7.1(a), counsel for Defendant certifies that he conferred with counsel for Plaintiff with regard to the present Motion. Plaintiff does not oppose this Motion.

1. Defendant has conferred with both firms and asked that Orrick, Herrington & Sutcliffe LLP be allowed to withdraw as counsel of record and that Michael G. Strapp of DLA Piper LLP (US), an attorney in good standing with this Court, be substituted as counsel of record for Check Point.

EAST\164048423.1

2

      2.      Mr. Strapp has conferred with Plaintiff's counsel regarding pending deadlines in this case and Check Point confirms that this withdrawal and substitution will not result in any undue case delays or other prejudice to Plaintiff.

      3.      Kathryn A. Reilly of the law firm Wheeler Trigg O'Donnell LLP will remain counsel of record for Defendant Check Point.

WHEREFORE, Check Point requests that this Court grant the Motion to Withdraw and Substitute Counsel to replace Orrick, Herrington & Sutcliffe LLP with DLA Piper LLP (US) as its counsel of record for the above-referenced case.

Dated:  January 14, 2019

Respectfully submitted,

*/s/* Clement S. Roberts
Clement S. Roberts
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard St
San Francisco, CA 94105-2669
Telephone:  415-773-5700
Email: croberts@orrick.com


*/s/* Evan D. Brewer
Evan D. Brewer
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: 650-614-7400
Email:  ebrewer@orrick.com

Withdrawing Attorneys for Defendant
Check Point Software Technologies, Ltd.


*/s/* Michael G. Strapp
Michael G. Strapp
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA  02110-1447
Telephone:   617.406.6031
Facsimile:    617.406.6100
Email:   michael.strapp@dlapiper.com

Entering Attorneys for Defendant
Check Point Software Technologies, Ltd.

3

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on January 14, 2019, I electronically filed the foregoing MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                          */s/* Michael G. Strapp
                                          Michael G. Strapp