# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

| | |
|---|---|
| ZVELO, INC., § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 18-cv-02286 |
| VS. § | |
| § | |
| CHECK POINT SOFTWARE § | |
| TECHNOLOGIES, LTD. § | |
| § | |
| Defendant. § | |

**DECLARATION OF TAMIR ZEGMAN IN SUPPORT OF
DEFENDANT CHECK POINT SOFTWARE TECHNOLOGIES, LTD.'S
MOTION TO DISMISS**

I, Tamir Zegman, hereby declare the following:

1. I am a Security Architect at Check Point Software Technologies, Ltd. ("Check Point"). I have held this position for over 14 years and worked at Check Point for more than 21 years. I am personally familiar with Check Point's business, including the development, marketing and sales of Check Point's URL Filtering Software Blade product. I have personal knowledge of the facts stated herein and can testify competently to those facts.

2. Check Point is incorporated under the laws of the State of Israel and is headquartered in Tel Aviv, Israel.

3. Check Point's principal research and development facilities, as well as its executive offices, are located in Israel. Check Point operates its business primarily from Israel and sells its products worldwide.

4. Check Point has a wholly-owned United States subsidiary, Check Point Software Technologies, Inc. ("Check Point U.S."), which is incorporated in Delaware and operates its principal place of business in San Carlos, California. Historically, Check Point U.S. has acted as

1

the distributor in the United States of Check Point products and services, including Check Point's URL Filtering Software Blade.

5. Check Point offers customers a variety of products and services, including its URL Filtering Software Blade. Check Point's URL Filtering Software Blade, among other things, provides customers optimized web security. The URL Filtering Software Blade provides users with the ability to allow, block or limit access to millions of web sites and web pages. The URL Filtering Software Blade utilizes a dynamically updated database of over 100 million categorized websites.

6. The URL Filtering Software Blade was developed by Check Point employees in Israel. Sales of the URL Filtering Software Blade in the United States to end-users are made either by third-party resellers or distributors.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Tamir Zegman

Executed this 6th day of February, 2019 in Tel Aviv, Israel.