IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-02286-PAB-SKC

ZVELO, INC.,

    Plaintiff,

v.

CHECK POINT SOFTWARE TECHNOLOGIES, LTD.,

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

Before the Court is a motion filed by Defendant Check Point Software Technologies, Ltd. requesting that this Court dismiss Plaintiff zvelo, Inc.'s Complaint pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure (the "Motion").

Having considered the Motion, any response, as well as all arguments made and authorities cited by the parties, the Court hereby GRANTS the Motion and ORDERS that Plaintiff's Complaint is hereby DISMISSED WITH PREJUDICE for the reasons set forth in the Motion. Further, pursuant to Co. Rev. Stat. § 13-17-201, Plaintiff is hereby ORDERED to pay Defendant for the reasonable attorneys' fees and costs Defendant has incurred in defending this action in the amount of $_____.

It is SO ORDERED.

SIGNED this _____ day of _____, 2019

                                                            _____