IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-02286-PAB-SKC

ZVELO, INC.,

        Plaintiff,

v.

CHECK POINT SOFTWARE TECHNOLOGIES, LTD.,

        Defendant.

---

**DEFENDANT CHECK POINT SOFTWARE TECHNOLOGIES, LTD.'S  UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO DEFENDANT'S MOTION FOR ATTORNEYS' FEES (DKT. 59)**

---

Pursuant to D.C.Colo.LCivR 7.2, Defendant Check Point Software Technologies, Ltd. ("Check Point") hereby moves the Court without opposition for an Order restricting public access, under Level 1, to Check Point's Motion for Attorneys' Fees (Dkt. 59) (the "Motion for Attorneys' Fees") and the accompanying exhibits.   In support of this unopposed motion (the "Unopposed Motion"), Check Point states as follows:

    1.    As required by D.C.Colo.LCivR 7.1(a), Check Point has conferred with zvelo regarding this Unopposed Motion and the appropriate scope of restrictions for the Motion for Attorneys' Fees, and zvelo does not oppose the relief sought in this Unopposed Motion.

    2.    Check Point also filed a version of the Motion for Attorneys' Fees publicly, which only leaves certain exhibits under seal that reflect the confidential and detailed time entries associated with the work performed by Check Point's counsel.  *See* Dkt. 58.

3. Good cause exists to keep the exhibits accompanying the Motion for Attorneys' Fees under seal because they reflect detailed, confidential time entries related to the work that Check Point's counsel has performed in connection with this action.

WHEREFORE, Check Point requests that the Court GRANT the Unopposed Motion and issue an Order restricting public access under Level 1 to the Motion for Attorneys' Fees filed in this lawsuit at Dkt. 59.

Date:  October 25, 2019

**WHEELER TRIGG O'DONNELL LLP**

Kathryn A. Reilly
Melissa L. Romero
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202-5647
T:  303.244.1800
F:  303.244.1879
reilly@wtotrial.com
romero@wtotrial.com

Respectfully submitted,

**DLA PIPER LLP (US)**

By: /s/ Michael Strapp
Michael Strapp
33 Arch Street, 26th Floor
Boston, Massachusetts 02110-1447
T:  617.406.6000
F:  617.406.6147
michael.strapp@dlapiper.com

Allissa A.R. Pollard
Christopher B. Donovan
1000 Louisiana Street, Suite 2800
Houston, Texas 77002-5005
T:  713.425.8400
F:  713.425.8401
allissa.pollard@dlapiper.com
christopher.b.donovan@dlapiper.com

**COUNSEL FOR DEFENDANT CHECK POINT SOFTWARE TECHNOLOGIES, LTD.**

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on October 25, 2019, I electronically filed the foregoing DEFENDANT CHECK POINT SOFTWARE TECHNOLOGIES, LTD.'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO DEFENDANT'S MOTION FOR ATTORNEYS' FEES (DKT. 59) with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/* Michael Strapp
Michael Strapp