IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-02286-PAB-SKC

ZVELO, INC.,

       Plaintiff,

v.

CHECK POINT SOFTWARE TECHNOLOGIES, LTD.,

       Defendant.

**UNOPPOSED MOTION TO WITHDRAW DEFENDANTS' MOTION FOR ATTORNEYS' FEES [DKT. 58]**

Defendant Check Point Software Technologies, Ltd. ("Check Point"), by its undersigned counsel, hereby withdraws its pending Motion for Attorneys' Fees (Dkt. 58).

**Certificate of Compliance**. Pursuant to D.C.COLO.LCivR 7.1A, Check Point's counsel certifies that he conferred in good faith with Plaintiff's counsel regarding the relief requested in this Motion and Plaintiff's counsel has no objection to the same.

WHEREFORE, Defendant Check Point respectfully requests that the Court grant this Motion and allow withdrawal of Check Point's Motion for Attorneys' Fees.

Dated:  January 29, 2020                                  Respectfully submitted,


                                                *s/ Melissa L. Romero*
Kathryn A. Reilly
Melissa L. Romero
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:   303.244.1800
Facsimile:    303.244.1879
Email:   reilly@wtotrial.com
             romero@wtotrial.com

Michael G. Strapp
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA  02110-1447
Telephone:   617.406.6031
Facsimile:    617.406.6100
Email:   michael.strapp@dlapiper.com

Allissa A.R. Pollard
Christopher B. Donovan
DLA Piper LLP (US)
1000 Louisiana Street, Suite 2800
Houston, TX 77002-5005
Telephone:   713.425.8486
Facsimile:    713.300.6040
Email:   Allissa.Pollard@dlapiper.com
             Christopher.B.Donovan@dlapiper.com


Attorneys for Defendant
Check Point Software Technologies, Ltd.

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on January 29, 2020, I electronically filed the foregoing **UNOPPOSED MOTION TO WITHDRAW DEFENDANTS' MOTION FOR ATTORNEYS' FEES** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*s/ Claudia Jones for Melissa L. Romero*